IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANCIS E. "WOODY" GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  06-654-DRH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon receipt of the Joint Stipulation of Dismissal and the Court being apprised of the facts, the instant matter is hereby dismissed without prejudice.  The Clerk is directed to close the file.

Dated: January 17, 2007

/s/      David   RHerndon
United States District Judge